## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## Civil Action No. 5:01-CV-349-H(2)

| | | |
|---|---|---|
| TROXLER ELECTRONIC | ) | |
| LABORATORIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | **U.S. District Judge Malcolm J. Howard** |
| | ) | **Magistrate Judge William A. Webb** |
| v. | ) | |
| | ) | |
| | ) | |
| PINE INSTRUMENT COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff TROXLER ELECTRONIC LABORATORIES, INC., and Defendant PINE INSTRUMENT COMPANY, through the undersigned counsel, hereby stipulate that:

1.     All claims asserted by Troxler Electronic Laboratories, Inc. against Pine Instrument Company, and all counterclaims asserted by Pine Instrument Company against Troxler Electronic Laboratories are dismissed with prejudice; and

2.     Each of the parties shall bear its own costs, expenses and attorney's fees associated with the prosecution, defense, and settlement of this action.

Respectfully submitted, this 14th day of January, 2010.


/s/ Richard M. McDermott

Richard M. McDermott  (NCSB # 21201)
    rick.mcdermott@alston.com
Michael S. Connor  (NCSB #16152)
    mike.connor@alston.com
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina  28280
Telephone:   (704) 444-1000
Fax:         (704) 444-1100


Hayden J. Silver III  (NCSB # 10037)
    JaySilver@kilpatrickstockton.com
KILPATRICK STOCKTON, LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina  27612
Telephone:   (919) 420-1700
Fax:         (919) 420-1800


Steven D. Moore  (NCSB # 23367)
    STMoore@kilpatrickstockton.com
J. Jason Link  (NCSB # 25689)
    jlink@kilpatrickstockton.com
KILPATRICK STOCKTON, LLP
1001 West Fourth Street
Winston-Salem, North Carolina  27101
Telephone:  (336) 607-7300
Fax:       (336) 607-7500


*Attorneys for Plaintiff*
*Troxler Electronic Laboratories, Inc.*


/s/ Michael E. Ray

Michael E. Ray  (NCSB # 8480)
    mray@wcsr.com
Jacob S. Wharton  (NCSB # 37421)
    jwharton@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina  27101
Telephone:   (336) 747-6609
Fax:         (336) 726-6985


*Of Counsel:*

Alan J. Ross
    aross4765@gmail.com
LAW OFFICES OF ALAN J. ROSS
14222 Madison Avenue
Lakewood, Ohio  44107
Telephone:   (216) 228-1500


Gregory J. Krabacher
    gkrabacher@bricker.com
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:   (614) 227-2369
Fax:         (614) 227-2390


*Attorneys for Defendant*
*Pine Instrument Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina and is a person of such age and discretion as to be competent to serve process. That on January 14, 2010, he filed a copy of the attached **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court via the CM/ECF System. Pursuant to Local Rule 5.2, EDNC, this filing constitutes proper service to the following:

> Richard McDermott
> Michael S. Connor
> Alston & Bird LLP
> Bank of America Plaza
> 101 South Tyron Street, Suite 4000
> Charlotte, North Carolina 28280-4000

> /s/ Michael E. Ray
> Michael E. Ray (N.C. State Bar No. 8480)
> Womble Carlyle Sandridge & Rice, PLLC
> One West Fourth Street
> Winston-Salem, NC 27102
> Telephone No. 336-721-3648
> Facsimile No. 336-733-8312

WCSR 4293676v1